UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re:<br>TIMOTHY LEWIS GARRISON<br>4208 BRENMAR AVENUE<br>MEMPHIS, TN  38122 | Chapter 13<br>Case No.: 06-20372-K |

### TRUSTEE'S FINAL ACCOUNTING AND REPORT & MOTION TO CLOSE CASE

The above case having been DISMISSED AFTER CONFIRMATION on December 25, 2008, your Trustee makes his or her final accounting as follows:

| | | |
|---|---:|---:|
| Total Receipts | | $44,845.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,845.00 |
| | | |
| Administrative Fees: | | |
|     Filing Fee | 189.00 | |
|     Notice Fees | 0.00 | |
|     Attorney Fees | 1,693.78 | |
|     Trustee Fees | 757.16 | |
|     Court Ordered Automobile Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,639.94 |

| Creditor Type | | | | | |
|---|---|---:|---:|---:|---:|
| Claim | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| 2 | BANK ONE NATIONAL ASSOCIATION | | 13,490.96 | 0.00 | 13,490.96 |
| 2 | HOMECOMINGS FINANCIAL | | 13,181.60 | 0.00 | 13,181.60 |
| | Claim 2 | 0.00 | 26,672.56 | 0.00 | 26,672.56 |
| 9 | HOMECOMINGS FINANCIAL | | 2,159.20 | 0.00 | 2,159.20 |
| 9 | HOMECOMINGS FINANCIAL | | 1,889.30 | 0.00 | 1,889.30 |
| | Claim 9 | 0.00 | 4,048.50 | 0.00 | 4,048.50 |
| | | | | | 30,721.06 |
| Secured | | | | | |
| 1 | BANK ONE NATIONAL ASSOCIATION | | 7,326.00 | 0.00 | 7,326.00 |
| 1 | HOMECOMINGS FINANCIAL | | 4,158.00 | 0.00 | 4,158.00 |
| | Claim 1 | 12,629.30 | 11,484.00 | 0.00 | 11,484.00 |
| | | | | | 11,484.00 |
| TOTAL PAID TO CREDITORS | | | | | 42,205.06 |

WHEREFORE, your Trustee shows this Court that the estate has been properly and fully administered in accordance with  the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

| | TOTAL CLAIMS: | |
|---|---|---:|
| /s/ George W. Stevenson/NS | PRIORITY | 0.00 |
| Date: March 26, 2009 | SECURED | 12,629.30 |
| ELLEN FITE ATTY | UNSECURED | 2,831.82 |